**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00228-LTB-KMT

SOFIA SHIFRIN, pro se,

    Plaintiff,

v.

JENNIFER M. FRY,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's pro se Dismissal of Complaint (Doc 4 - filed March 5, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   March 6, 2008